# EXHIBIT A

Felicia P. Jafferies, Esq. (SB# 251904)
Felicia.Jafferies@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, Suite 3100
San Francisco, California 94104-4705
Telephone:    (415) 391-7111
Facsimile:    (415) 391-8766

Attorneys for Defendant Matt Martorello

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| LULA WILLIAMS, GLORIA TURNAGE, GEORGE HENGLE, DOWIN COFFY, and FELIX GILLISON, JR., on behalf of themselves and all individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG PICTURE LOANS, LLC, MATT MARTORELLO, ASCENSION TECHNOLOGIES, INC., DANIEL GRAVEL, JAMES WILLIAMS, JR., GERTRUDE MCGESHICK, SUSAN MCGESHICK, and GIIWEGIIZHIGOOKWAY MARTIN,<br><br>Defendants. | Case No.:<br>Miscellaneous Action<br><br>CERTIFICATION OF MATTHEW MARTORELLO IN SUPPORT OF HIS MOTION TO QUASH PLAINTIFF'S SUBPOENAS TO ARANCA US, INC.<br><br>Date:<br>Time:<br>Dept.:<br><br>Action Filed:<br>Trial Date:        N/A |

I, Matthew Martorello, being of lawful age and competency and upon my oath, do declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.      My name is Matthew Martorello. I am competent to testify regarding the matters set forth herein. I have personal knowledge of the facts stated in this Certification and know them to be true.

2.      I am aware that in connection with a lawsuit currently pending in the Eastern District of Virginia, docket number 3:17-cv-461, a subpoena has been issued to Aranca US, Inc.

3.      In January 2016, a company in which I previously held a significant ownership

1  share, Bellicose Capital, LLC, was sold to the Lac Vieux Desert Band of Lake Superior

2  Chippewa Indians in a seller-financed transaction.

3      4.    As part of the seller financed transaction, the Tribe provided another company, for

4  which I am the President of its Manager, with a note calling for variable, non-regular payments

5  over the course of an up to seven year term.

6      5.    Given the complicated nature of the transaction, as well as the potential for audits

7  and litigation presented by the unique terms of the note, my taxation attorneys and professionals

8  recommended that I engage a third party to provide a proper, present-day valuation of the note

9  for tax purposes.

10      6.    Acting upon this advice, I engaged Aranca – a company which I had used to

11  previously value my businesses.

12      7.    In connection with this valuation, I provided Aranca with confidential and

13  privileged documents and advice from my attorneys.  Aranca required these documents for its

14  work in creating an accurate valuation of the note.

15      8.    My attorneys also, at times, interacted directly with Aranca's professionals.

16      9.    It was always my intent to keep conversations and documents shared between me,

17  my attorneys, and Aranca confidential and private.

18      10.    I have never authorized Aranca to share any documents with any other party.

19      I declare under penalty of perjury under the laws of the United States of America that the

20  foregoing is true and correct.

21

22  Dated: 12/20/17

                                  Matthew Martorello

23

24

25

26

27

28

# EXHIBIT B



**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

LULA WILLIAMS, <u>et al.</u>,
on behalf of themselves and all
individuals similarly situated

      Plaintiffs,

v.                          Civil Action No. 3:17-cv-461

BIG PICTURE LOANS, LLC, <u>et al.</u>,

      Defendants.

### ORDER

For the reasons set forth on the record at the conference call on August 30, 2017, it is hereby ORDERED that Defendants' several CONSENT MOTIONS FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS (ECF Nos. 8, 9, 10) are denied. Defendants shall file their Answers to the Complaint by September 29, 2017.

Furthermore, it is ORDERED that Defendants shall file any motions to dismiss by September 29, 2017; Plaintiffs shall respond by October 31, 2017, and Defendants shall reply by November 8, 2017.

Furthermore, it is ORDERED that Plaintiffs shall submit to Defendants any discovery requests respecting the Court's jurisdiction over the Defendants by September 14, 2017, and Defendants shall submit to Plaintiffs any discovery requests respecting the Court's jurisdiction by September 29, 2017.

Furthermore, it is ORDERED that Plaintiffs shall, as necessary, conduct depositions concerning the Court's jurisdiction over Defendants by October 31, 2017.

It is so ORDERED.

_____ /s/   _RЄꟼ_

Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: August 3₤ , 2017

2

# EXHIBIT C

**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| LULA WILLIAMS, *et al.*, | : |
| | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil Action No. 3:17-cv-461 |
| | : |
| BIG PICTURE LOANS, LLC, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

**NON-PARTY ARANCA US, INC.'S OBJECTIONS TO PLAINTIFFS' SUBPOENA TO**
**PRODUCE DOCUMENTS, INFORMATION, OR**
**OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Pursuant to Rules 26, 34 and 45 of the Federal Rules of Civil Procedure, Aranca US, Inc. ("Aranca") submits the following objections to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") issued by Plaintiffs in the above-captioned matter (the "Civil Action"), dated October 27, 2017.

**GENERAL OBJECTIONS**

1.      Aranca objects to the Subpoena to the extent that Plaintiffs have improperly served the subpoena in violation of Federal Rules of Civil Procedure 26(b), 26(d), and 45.

2.      Aranca objects to the Subpoena and certain topics to the extent that they seek to impose upon Aranca obligations beyond those permitted by the Federal Rules of Civil Procedure.

3.      Aranca objects to the Subpoena and certain topics as unduly burdensome, in that compliance would require Aranca to undertake a burden or expense that is not proportional to the needs of the case.

1

4.      Aranca objects to the Subpoena to the extent that it seeks documents or information equally available to Plaintiffs through public sources of records, or other means.

5.      Aranca objects to the Subpoena to the extent it seeks documents or information outside the timeframe relevant to the above-captioned matter.

Each of the following objections is made subject to these general objections, which apply to each and every Document Request set forth in the Subpoena, and are hereby incorporated into the specific objections listed below.  Subject to the foregoing, Aranca objects to the Subpoena as follows:

### SPECIFIC OBJECTIONS

#### REQUEST NO. 1:

All documents submitted by Matt Martorello, Bellicose VI, LLC ("Bellicose VI"), Bellicose Capital ("Bellicose Capital), LLC [sic], and/or SourcePoint VI, LLC (or any person acting on their behalf) as part of your engagement with Bellicose Capital.

#### RESPONSE TO REQUEST NO. 1:

Aranca objects to this Document Request to the extent that the request is vague and ambiguous as to the identity of Bellicose VI, LLC, Bellicose Capital, LLC and SourcePoint VI, LLC. Aranca further objects to this Document Request to the extent that the phrase "your engagement with Bellicose Capital," is undefined, vague, and ambiguous.  Aranca further objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information.   Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is

2

overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional

issues currently being considered by the Court or otherwise to the needs of the case. Aranca

objects to this Document Request to the extent it seeks documents or information equally

available to Plaintiff through other sources or records, or other means including, but not limited

to, requesting the information from the parties to this Civil Action.

### REQUEST NO. 2:

All documents submitted by any third parties that were reviewed and/or considered by

you as part of your business valuation of Bellicose Capital.

### RESPONSE TO REQUEST NO. 2:

Aranca objects to this Document Request to the extent that the request is vague and

ambiguous as to the identity of Bellicose Capital. Aranca further objects to this Document

Request to the extent that the phrases "were reviewed and/or considered by you" and "your

business valuation of Bellicose Capital" are vague and ambiguous.   Aranca objects to this

Document Request to the extent it calls for confidential business, financial, commercial or

proprietary information. Aranca objects to this Document Request to the extent that it seeks

information protected by the attorney-client privilege, the attorney work-product doctrine, the

client-accountant privilege, and/or any other applicable rule of privilege, immunity or

confidentiality provided by law. Aranca objects to this Document Request to the extent that it is

overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues

currently being considered by the Court or otherwise to the needs of the case. Aranca objects to

this Document Request to the extent it seeks documents or information equally available to

Plaintiff through other sources or records, or other means including, but not limited to,

requesting the information from parties to this Civil Action.

**REQUEST NO. 3:**

All e-mail correspondence between Hemendra Aran and Matt Martorello.

**RESPONSE TO REQUEST NO. 3:**

Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information. Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 4:**

All e-mail correspondence between Bharat Ramnani and Matt Martorello.

**RESPONSE TO REQUEST NO. 4:**

Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information. Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case.

4

Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 5:**

All e-mail correspondence between Manish Goyal and Matt Martorello.

**RESPONSE TO REQUEST NO. 5:**

Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information.  Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 6:**

All e-mail correspondence between any employee, officer, director, and/or representative of Aranca and Matt Martorello.

**RESPONSE TO REQUEST NO. 6:**

Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information.  Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-

product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 7:**

All e-mail correspondence between any employee, officer, director, and/or representative of Aranca and Brian McFadden.

**RESPONSE TO REQUEST NO. 7:**

Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information. Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 8:**

All e-mail correspondence between any employee, officer, director, and/or representative

of Aranca and Michelle Hazen.

**RESPONSE TO REQUEST NO. 8:**

Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information.  Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 9:**

All e-mail correspondence between any employee, officer, director, and/or representative of Aranca and James Dowd.

**RESPONSE TO REQUEST NO. 9:**

Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information.  Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case.

Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 10:**

All e-mail correspondence between any employee, officer, director, and/or representative of Aranca and Simon Liang.

**RESPONSE TO REQUEST NO. 10:**

Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information. Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 11:**

All e-mail correspondence between any employee, officer, director, and/or representative of Aranca and Bellicose Capital.

**RESPONSE TO REQUEST NO. 11:**

Aranca objects to this Document Request to the extent that the request is vague and ambiguous as to the identity of Bellicose Capital. Aranca objects to this Document Request to

8

the extent it calls for confidential business, financial, commercial or proprietary information. Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 12:**

All e-mail correspondence between any employee, officer, director, and/or representative of Aranca and Bellicose VI.

**RESPONSE TO REQUEST NO. 12:**

Aranca objects to this Document Request to the extent that the request is vague and ambiguous as to the identity of Bellicose VI. Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information. Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the

9

extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 13:**

All e-mail correspondence between any employee, officer, director, and/or representative of Aranca and Source Point.

**RESPONSE TO REQUEST NO. 13:**

Aranca objects to this Document Request to the extent that the request is vague and ambiguous as to the identity of Source Point. Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information. Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case. Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

**REQUEST NO. 14:**

All documents referencing or pertaining to Big Picture Loans, LLC, Red Rock Tribal Lending, LLC, Ascension Technologies, LLC, Bellicose Capital, SourcePoint, Tribal Economic Development Holdings, LLC, LVD Tribal Acquisition Company, LLC, the Lac Vieux Desert

10

Band of Lake Superior Chippewa Indians, Matt Martorello, Daniel Gravel, James, Dowd, and Simon Liang.

**RESPONSE TO REQUEST NO. 14:**

Aranca objects to this Document Request to the extent that the request is vague and ambiguous as to the identity of Big Picture Loans, LLC, Red Rock Tribal Lending, LLC, Ascension Technologies, LLC, Bellicose Capital, SourcePoint, Tribal Economic Development Holdings, LLC, LVD Tribal Acquisition Company, LLC, and the Lac Vieux Desert Band of Lake Superior Chippewa Indians.   Aranca further objects to this Document Request to the extent that the phrases "referencing" and "pertaining to" are vague and ambiguous.   Aranca objects to this Document Request to the extent it calls for confidential business, financial, commercial or proprietary information.  Aranca objects to this Document Request to the extent that it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, the client-accountant privilege, and/or any other applicable rule of privilege, immunity or confidentiality provided by law. Aranca objects to this Document Request to the extent that it is overbroad, including as to time, unduly burdensome and not proportional to the jurisdictional issues currently being considered by the Court or otherwise to the needs of the case.  Aranca objects to this Document Request to the extent it seeks documents or information equally available to Plaintiff through other sources or records, or other means including, but not limited to, requesting the information from parties to this Civil Action.

11

# EXHIBIT D

| Log No. | FROM | TO/RECIPIENTS | CC | BCC | SUBJECT | Mail Received Date/Time | PAGE CNT | Privilege Assertion | Privilege Assertion Explanation |
|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 39 | Zayra Emanuelli;zayra@liontlle com | Matt Martorello <matt@liontlle com>;Ashish Rane <ashish rane@aranca com> | 'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com>;'Heer Doshi' <heer doshi@aranca com> | | RE: Confidential: Bellicose Asset Allocation- Jan 26, 2016 | 3/31/2017 16:00 | 5 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets and information from R. Hackett regarding enforcement risk in small dollar lending within e-mail string. |
| 40 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca.com> | Zayra Emanuelli <zayra@liontlle com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com>;'Heer Doshi' <heer doshi@aranca com> | | RE: Confidential. Bellicose Asset Allocation- Jan 26, 2016 | 3/31/2017 15:28 | 4 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets and information from R. Hackett regarding enforcement risk in small dollar lending within e-mail string. |
| 41 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com> | Zayra Emanuelli <zayra@liontlle com>;Jitendra Pabrekar, CFA <jitendra pabrekar@aranca com>;Heer Doshi <heer doshi@aranca com> | | Re: Confidential: Bellicose Asset Allocation- Jan 26, 2016 | 4/3/2017 3:47 | 4 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets and information from R. Hackett regarding enforcement risk in small dollar lending within e-mail string. |
| 42 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com> | Zayra Emanuelli <zayra@liontlle com> | | RE: Confidential: Bellicose- Queries | 3/24/2017 0:18 | 5 | Attorney-Client | E-mail from M. Martorello to Aranca forwarding legal conclusions and summaries of sale documents from transactional attorney J. Williams within e-mail string. |
| 43 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com> | Zayra Emanuelli <zayra@liontlle com> | | RE: DRAFT memorandum regarding timing of evolution of CFPB rule | 3/10/2017 16:34 | 2 | Attorney-Client | E-mail communication from M. Martorello to Aranca forwarding memorandum of legal counsel R. Hackett setting forth historical enforcement information relating to small dollar lenders. |
| 44 | | | | | | | 7 | Attorney-Client, Attorney Work Product | Memorandum of legal counsel R. Hackett setting forth historical enforcement information relating to small dollar lending |
| 45 | Matt Martorello;matt@liontlle com | Ashish-Aranca <ashish rane@aranca com>;Zayra Emanuelli <zayra@liontlle com> | <jitendra pabrekar@aranca com>;manish goyal@aranca com <manish goyal@aranca com> | | RE: RE: Bellicose - Value of Assets | 1/27/2017 4:02 | 8 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 46 | Matt Martorello;matt@liontlle com | manish goyal@aranca com <manish goyal@aranca com> | | | RE: PR Hybrid | 12/7/2016 14:22 | 6 | Attorney-Client | E-mail from M. Martorello to Aranca forwarding discussions with attorney J. Bradley at Budd Larner discussing tax treatment of assets. |
| 47 | Matt Martorello;matt@liontlle com | Manish Goyal <manish goyal@aranca.com> | | | FW: Hot Assets - Certainty | 12/9/2016 20:36 | 3 | Attorney-Client | E-mail from M. Martorello to Aranca forwarding discussions with tax attorney R. Ladislaw and accountant L. Talkington |
| 48 | Matt Martorello;matt@liontlle com | manish goyal@aranca com <manish goyal@aranca com> | | | FW: PR Hybrid | 12/6/2016 21:07 | 5 | Attorney-Client | E-mail from M. Martorello to Aranca forwarding discussions with attorney J. Bradley at Budd Larner discussing tax treatment of assets. |
| 49 | Matt Martorello;matt@liontlle com | manish goyal@aranca com <manish goyal@aranca com> | | | RE: PR Hybrid | 12/7/2016 14:22 | 6 | Attorney-Client | E-mail from M. Martorello to Aranca forwarding discussions with attorney J. Bradley at Budd Larner discussing tax treatment of assets. |
| 50 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com>;Robert Ladislaw <rladislaw@solblum com> | Zayra Emanuelli <zayra@liontlle com> | | Call Tomorrow Morning | 1/23/2017 22:13 | 1 | Attorney-Client | E-mail from M. Martorello to Aranca and tax attorney R. Ladislaw discussing tax treatment of asset. |
| 51 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com> | Zayra Emanuelli <zayra@liontlle com>;Luis Jimenez <luis@liontlle com> | | Change (and delay) in CFPB Rule | 2/23/2017 16:19 | 1 | Attorney-Client | E-mail from M. Martorello to Aranca describing substance of white paper from legal counsel R. Hackett |
| 52 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com> | | | FW: Hot Assets - Certainty | 1/12/2017 18:35 | 4 | Attorney-Client | E-mail from M. Martorello to Aranca forwarding discussions with tax attorney R. Ladislaw and accountant L. Talkington |
| 53 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com>;Zayra Emanuelli <zayra@liontlle.com> | | | FW: Jan 26 2016 | 2/6/2017 16:33 | 1 | Attorney-Client | E-mail communication from M. Martorello to Aranca forwarding advice of tax counsel R. Ladislaw as to legal treatment of assets. |
| 54 | Matt Martorello;matt@liontlle com | Richard Scheff <rscheff@mmwr com>;ashish rane@aranca com <ashish rane@aranca com> | | | Intro | 10/27/2017 14:34 | 1 | Attorney-Client | E-mail from M. Martorello to Aranca and litigation attorney R. Scheff |
| 55 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca.com>;Zayra Emanuelli <zayra@liontlle com> | <manish goyal@aranca com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca.com> | | RE: Bellicose - Value of Assets | 1/23/2017 14:27 | 7 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 56 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com>;Zayra Emanuelli <zayra@liontlle com> | <manish goyal@aranca com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com> | | RE: Bellicose - Value of Assets | 1/20/2017 16:58 | 6 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets. |
| 57 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca.com>;Zayra Emanuelli <zayra@liontlle.com> | <manish goyal@aranca com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com> | | RE: Bellicose - Value of Assets | 1/20/2017 16:08 | 5 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets. |
| 58 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca.com> | CFA <jitendra pabrekar@aranca.com>;manish goyal@aranca com | | Re: Bellicose - Value of Assets | 1/27/2017 4:21 | 9 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 59 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca.com>;Zayra Emanuelli <zayra@liontlle com> | <jitendra pabrekar@aranca.com>;manish goyal@aranca com <manish goyal@aranca.com> | | RE: Bellicose Asset Valuation - June 2015 | 1/27/2017 14:58 | 4 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets. |
| 60 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca.com> | Robert Ladislaw <rladislaw@solblum.com>;Zayra Emanuelli <zayra@liontlle.com> | | Re: Call Tomorrow Morning | 1/24/2017 4:15 | 2 | Attorney-Client | E-mail communications between M. Martorello, Aranca, and tax attorney R. Ladislaw relaying advice as to legal treatment of assets and scheduling telephone call within e-mail string. |
| 61 | Matt Martorello;matt@liontlle com | Ashish-Aranca <ashish rane@aranca com>;Zayra Emanuelli <zayra@liontlle com> | <jitendra pabrekar@aranca.com>;manish goyal@aranca com <manish goyal@aranca com> | | RE: RE: Bellicose - Value of Assets | 1/27/2017 4:02 | 8 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 62 | Zayra Emanuelli;zayra@liontlle com | Matt Martorello <matt@liontlle com>;Ashish Rane <ashish rane@aranca com> | <manish goyal@aranca com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com> | | RE: Bellicose - Value of Assets | 1/23/2017 14:41 | 7 | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 63 | Matt Martorello;matt@liontlle com | Manish Goyal <manish goyal@aranca.com> | | | FW: Hot Assets - Certainty | 12/9/2016 20:36 | | Attorney-Client | E-mail from M. Martorello to Aranca forwarding discussions with tax attorney R. Ladislaw and accountant L. Talkington |
| 64 | Matt Martorello;matt@liontlle com | manish goyal@aranca com <manish goyal@aranca com> | | | FW: PR Hybrid | 12/6/2016 21:08 | | Attorney-Client | E-mail from M. Martorello to Aranca forwarding discussions with attorney J. Bradley at Budd Larner discussing tax treatment of assets. |
| 65 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com>;Zayra Emanuelli <zayra@liontlle com> | <manish goyal@aranca com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com> | | RE: Bellicose - Value of Assets | 1/23/2017 14:27 | | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 66 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com>;Zayra Emanuelli <zayra@liontlle com> | <manish goyal@aranca com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com> | | RE: Bellicose - Value of Assets | 1/20/2017 16:58 | | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets. |
| 67 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com>;Zayra Emanuelli <zayra@liontlle com> | <manish goyal@aranca com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com> | | RE: Bellicose - Value of Assets | 1/20/2017 16:08 | | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets. |
| 68 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca.com> | CFA <jitendra pabrekar@aranca com>;manish goyal@aranca com | | Re: Bellicose - Value of Assets | 1/27/2017 4:21 | | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 69 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca.com>;Zayra Emanuelli <zayra@liontlle.com> | <jitendra pabrekar@aranca.com>;manish goyal@aranca com <manish goyal@aranca.com> | | RE: Bellicose Asset Valuation - June 2015 | 1/27/2017 14:58 | | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets. |
| 70 | Matt Martorello;matt@liontlle.com | manish.goyal@aranca.com <manish.goyal@aranca.com> | | | RE: PR Hybrid | 12/7/2016 14:24 | | Attorney-Client | E-mail from M. Martorello to Aranca forwarding discussions with attorney J. Bradley at Budd Larner discussing tax treatment of assets. |
| 71 | Matt Martorello;matt@liontlle.com | Ashish-Aranca <ashish rane@aranca.com>;Zayra Emanuelli <zayra@liontlle.com> | <jitendra pabrekar@aranca.com>;manish goyal@aranca com <manish goyal@aranca.com> | | RE: RE: Bellicose - Value of Assets | 1/27/2017 4:02 | | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 72 | Zayra Emanuelli;zayra@liontlle com | Matt Martorello <matt@liontlle com>;Ashish Rane <ashish rane@aranca com> | <manish goyal@aranca com>;'Jitendra Pabrekar, CFA' <jitendra pabrekar@aranca com> | | RE: Bellicose - Value of Assets | 1/23/2017 14:41 | | Attorney-Client | E-mail communication between M. Martorello and Aranca including M. Martorello relaying advice of tax counsel R. Ladislaw as to legal treatment of assets within e-mail string. |
| 73 | Matt Martorello;matt@liontlle com | Ashish Rane <ashish rane@aranca com>;Robert Ladislaw <rladislaw@solblum com> | Zayra Emanuelli <zayra@liontlle com> | | Call Tomorrow Morning | 1/23/2017 22:13 | | Attorney-Client | E-mail communication between M. Martorello, Aranca, and R. Ladislaw relaying advice of R. Ladislaw as to legal treatment of assets |
| 74 | Matt Martorello;matt@liontlle.com | Ashish Rane <ashish rane@aranca.com> | Zayra Emanuelli <zayra@liontlle com>;Luis Jimenez <luis@liontlle com> | | Change (and delay) in CFPB Rule | 2/23/2017 16:19 | | Attorney-Client | E-mail from M. Martorello to Aranca describing substance of white paper from legal counsel R. Hackett |
| 75 | Matt Martorello;matt@liontlle.com | Ashish Rane <ashish rane@aranca.com> | Zayra Emanuelli <zayra@liontlle.com> | | FW: Confidential: Bellicose- Queries | 3/24/2017 0:12 | | Attorney-Client | E-mail from M. Martorello to Aranca forwarding legal conclusions and summaries of sale documents from transactional attorney J. Williams |
| 76 | Matt Martorello;matt@liontlle.com | Ashish Rane <ashish.rane@aranca.com> | Zayra Emanuelli <zayra@liontlle.com> | | FW: DRAFT memorandum regarding timing of evolution of CFPB rule | 3/10/2017 16:13 | | Attorney-Client | E-mail communication from M. Martorello to Aranca forwarding memorandum of legal counsel R. Hackett setting forth historical enforcement information relating to small dollar lenders. |
| 77 | | | | | | | 7 | Attorney-Client, Attorney Work Product | Memorandum of legal counsel R. Hackett setting forth historical enforcement information relating to small dollar lending |

| # | From | To | Subject | Date | Privilege | Description |
|---|------|-----|---------|------|-----------|-------------|
| 78 | Ashish Rane <ashish.rane@kenific.com> | Mat Maxwelle.mat@kenific.com; <zayra@kenific.com> | | 11/29/2017 18:35 | Attorney-Client | Email from M. Maxwelle to Arens forwarding directions with tax attorney R. Lukfaire and associated L. Talington |
| 79 | Mat Maxwelle.mat@kenific.com <zayra@kenific.com> | Ashish Rane <ashish.rane@kenific.com> | FW: Hot Assets - Certainty | 2/6/2017 16:33 | Attorney-Client | Email communication between M. Maxwelle and Arens forwarding legal advice of tax counsel R. Lukfaire as to legal treatment of assets within e-mail string |
| 80 | Mat Maxwelle.mat@kenific.com <zayra@kenific.com> | Ashish Rane <ashish.rane@kenific.com> | RE: Bellevue - Value of Assets | 12/5/2017 14:41 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets within e-mail string |
| 81 | Mat Maxwelle.mat@kenific.com | Ashish Rane <ashish.rane@kenific.com> | RE: Bellevue - Value of Assets | 12/5/2017 14:27 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets within e-mail string |
| 82 | Mat Maxwelle.mat@kenific.com | Ashish Rane <ashish.rane@kenific.com> | RE: Bellevue - Value of Assets | 12/5/2017 16:55 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets |
| 83 | Mat Maxwelle.mat@kenific.com | Ashish Rane <ashish.rane@kenific.com> | RE: Bellevue - Value of Assets | 12/5/2017 16:08 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets |
| 84 | Mat Maxwelle.mat@kenific.com | Ashish Rane <ashish.rane@kenific.com> | Re: Bellevue - Value of Assets | 12/7/2017 4:21 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets |
| 85 | Mat Maxwelle.mat@kenific.com | Ashish Rane <ashish.rane@kenific.com> | Re: Bellevue - Value of Assets | 12/5/2017 14:58 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets |
| 86 | Mat Maxwelle.mat@kenific.com | Ashish Rane <ashish.rane@kenific.com> | Re: Bellevue Asset Valuations - June 2015 | 12/4/2017 4:15 | Attorney-Client | Email communication between M. Maxwelle, Arens, and tax attorney R. Lukfaire relaying advice as to legal treatment of assets within e-mail string and scheduling telephone call |
| 87 | Robert T. Jabbita <jabbita.rob@kenific.com> | Mat Maxwelle <mat@kenific.com> <zayra@kenific.com> | Re: Call Tomorrow Meeting | 1/24/2017 9:10 | Attorney-Client | Email communications from tax attorney R. Lukfaire relaying advice as to legal treatment of assets within e-mail string and scheduling telephone call |
| 88 | Mat Maxwelle.mat@kenific.com | Jinesha Pabittar, CPA; jabbita.rob@kenific.com <Jabbita Pabittar, CPA>; jabbita.pbt@kenific.com <zayra@kenific.com> | Re: Call Tomorrow Meeting | 3/1/2017 18:06 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 89 | Mat Maxwelle.mat@kenific.com | Jinesha Pabittar, CPA; jabbita.pbt@kenific.com <Jabbita Pabittar, CPA>; jabbita.pbt@kenific.com <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 3/10/2017 18:04 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 90 | Zayra Emanuelli <zayra@kenific.com> | Jinesha Pabittar, CPA; jabbita.pbt@kenific.com <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 3/10/2017 16:00 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 91 | Mat Maxwelle.mat@kenific.com | Zayra Emanuelli <zayra@kenific.com> <Jinesha Pabittar, CPA>; jabbita.pbt@kenific.com <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 3/10/2017 15:28 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 92 | Mat Maxwelle.mat@kenific.com | Zayra Emanuelli <zayra@kenific.com> <Jinesha Pabittar, CPA>; jabbita.pbt@kenific.com <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 4/3/2017 3:47 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 93 | Mat Maxwelle.mat@kenific.com | Zayra Emanuelli <zayra@kenific.com> | RE: Confidential: Bellevue- Queries | 3/24/2017 01:18 | Attorney-Work Product | Email communication from M. Maxwelle to Arens forwarding legal conclusions and summaries of data documents from transactional attorney J. Williams |
| 94 | Mat Maxwelle.mat@kenific.com | Zayra Emanuelli <zayra@kenific.com> | RE: DRAFT memorandum regarding timing of revolution of CFPB rule | 3/10/2017 16:34 | Attorney-Client | Email communication from M. Maxwelle to Arens forwarding memorandum of legal counsel R. Jabbit setting forth historical enforcement information relating to small dollar lending |
| 95 | | | | | Attorney-Client; Attorney-Work Product | Memorandum of legal counsel R. Jabbit setting forth historical enforcement information relating to small dollar lending |
| 96 | | | | | Attorney-Client; Attorney-Work Product | Attachment to legal memorandum of R. Jabbit |
| 97 | Mat Maxwelle.mat@kenific.com | Jinesha Pabittar <jabbita.pbt@kenific.com> <zayra@kenific.com> <Jerr Doshi> | RE: RE: Bellevue - Value of Assets | 1/27/2017 4:02 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 98 | Mat Maxwelle.mat@kenific.com | Zayra Emanuelli <zayra@kenific.com> <Jinesha Pabittar, CPA>; jabbita.pbt@kenific.com <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 3/31/2017 15:28 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 99 | Mat Maxwelle.mat@kenific.com | Zayra Emanuelli <zayra@kenific.com> <Jinesha Pabittar, CPA>; jabbita.pbt@kenific.com <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 3/31/2017 18:04 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 100 | Mat Maxwelle.mat@kenific.com | Jinesha Pabittar <jabbita.pbt@kenific.com> <Jinesha Pabittar, CPA>; jabbita.pbt@kenific.com <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 3/31/2017 18:04 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 101 | Mat Maxwelle.mat@kenific.com | Zayra Emanuelli <zayra@kenific.com> <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 4/3/2017 3:47 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |
| 102 | Zayra Emanuelli <zayra@kenific.com> | Mat Maxwelle <mat@kenific.com> <Jinesha Pabittar, CPA>; jabbita.pbt@kenific.com <Jerr Doshi> | RE: Confidential: Bellevue Asset Allocation- Jan 26, 2016 | 3/31/2017 16:00 | Attorney-Client | Email communication between M. Maxwelle and Arens including M. Maxwelle relaying advice of tax counsel R. Lukfaire as to legal treatment of assets and information from R. Jabbit regarding enforcement risk in small dollar lending |